LYDIA COLE, Appellant, *v.* KATE C. BROWN et al., Respondents.

*Cole* v. *Brown*, 88 Hun, 616, affirmed.
(Argued May 2, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered June 29, 1895, affirming a judgment of the Monroe County Court in favor of defendants entered upon a decision of the court on trial without a jury.

*Quincy Van Voorhis* for appellant.

*Walter S. Hubbell* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.